**No. 57537.**—Hutzler Brothers Company *v.* United States, protest 136867–K (Baltimore).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiff was sustained.

**No. 57538.**—American Express Co., Transferee, et al. *v.* United States, protests 202435–K, etc. (Boston).

Opinion by OLIVER, C. J.  It was stipulated that for duty purposes the clean content of the wool in question was determined in accordance with the instructions contained in T. D. 53159.  Said T. D. 53159 was issued following the decision in *Fred Whitaker Company, Inc.* v. *United States* (27 Cust. Ct. 168, C. D. 1365), affirmed in *United States* v. *Fred Whitaker Company, Inc.* (40 C. C. P. A. 19, C. A. D. 492), wherein the statutory language, clean content of wool, as used in paragraph 1102 (b), was construed to mean the product commercially usable as wool and from which all the weight of grease and foreign material has been removed, including the wool fibers which are unavoidably and irrevocably lost as a result of commercially applied cleaning processes.  Accordingly, the wool in question was held dutiable at the rate applied by the collector on the basis of the percentages of clean content as set forth in the column headed "Clean Content under T. D. 53159" in the schedule attached to and made a part of the decision in this case.

**No. 57539.**—John S. Connor *v.* United States, protest 194530–K (Baltimore).

Opinion by OLIVER, C. J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57540.**—W. N. Proctor Company *v.* United States, protest 203975–K (Boston).

Opinion by OLIVER, C. J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57541.**—Pistorino & Co., Inc. *v.* United States, protests 203996–K and 203997–K (Boston).

Opinion by OLIVER, C. J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protests were overruled.